Elizabeth Knowlton, No. 5893
P.O. Box 192
Castle Dale, UT 84513
Telephone: (435) 609-0910
Email: knowltonreemtsma@gmail.com
Attorney for Plaintiff Jack Simantob

_____

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION
_____

| | | |
|---|---|---|
| JACK SIMANTOB, | ) | MEMORANDUM DECISION |
| | ) | AND ORDER ON MOTION FOR |
| | ) | WITHDRAWAL OF COUNSEL |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 2::09-cv-0379-CW |
| | ) | |
| MULLICAN FLOORING, L.P., | ) | Judge Clark Waddoups |
| DERR FLOORING COMPANY, and | ) | |
| DOES 1 through 10, inclusive, | ) | |
| Defendants. | ) | |

_____

This matter is before the court on Plaintiff's attorney, Elizabeth Knowlton's motion for order to withdraw as counsel for Plaintiff Jack Simantob. Having considered the motion and good cause appearing thereby, it is hereby

ORDERED: That Elizabeth Knowlton's motion to withdraw as counsel is granted.  It is further

ORDERED:  that Plaintiff Jack Simantob comply with DUCiv R 83-1.4 within twenty-one  (21) days of this order.

DATED:  August 5, 2013                                      BY THE COURT:

_____
CLARK WADDOUPS
DISTRICT COURT JUDGE